**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

TERESA TUBBS,                                   :

     Plaintiff,                              :

vs.                                             :          CA 18-0376-MU

ANDREW M. SAUL,                                 :
Commissioner of Social Security,
                                                :
     Defendant.

## <u>JUDGMENT</u>

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner

of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 20th day of June, 2019.

                         s/P. Bradley Murray
                         **UNITED STATES MAGISTRATE JUDGE**